UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



GORDON WINSEY (#91437)

VERSUS                                       CIVIL ACTION

LOUISIANA BOARD OF PAROLE, ET AL             NUMBER 09-57-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March __4__, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45860